UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     VS                                          CASE NO.  3:03-CR-90 LAC

NATHAN LEO NICHOLS

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: __X__ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Nathan Leo Nichols #05584-017___(Payee)
Address:   FCI - Yazoo City Medium
              PO Box 5888
              Yazoo City, MS 39194

Receipt Number  _802-111448-11_

Date of Receipt  _7/13/06_

Motion: N/A

Explanation: A review of the payment records for Mr. Nichols indicates an overpayment of $50.00. According to the court dockets and financial records, Mr. Nichols does not owe any additional money and should be reimbursed $50.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:  __s/Philip Detweiler__
                Philip Detweiler, Financial Specialist         Date:  August 30, 2006

Referred by: _____,Deputy Clerk_____

## ORDER OF COURT

It is ORDERED this 30th day of August, 2006, that the Clerk refund the identified funds to the payee.

APPROVED__XX_____

DENIED_____                        _s/L.A. Collier_____
                                                               LACEY A. COLLIER
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99